**R.   Kevin HORAN**

v.

**PROVIDENCE JOURNAL COMPANY.**

**No. 88–170–Appeal.**

Supreme Court of Rhode Island.

Dec. 14, 1989.

Michael F. Horan and R. Kevin Horan, Horan & Horan, Pawtucket, for plaintiff.

Joseph V. Cavanagh, Jr. and Michael P. DiBiase, Blish & Cavanagh, Providence, for defendant.

ORDER

This matter was before the Supreme Court for oral argument on the plaintiff's appeal from the judgment of the Superior Court.

After hearing counsel for the parties in oral argument and after examination of the briefs submitted by the parties the court is evenly divided.

Therefore, the judgment of the Superior Court is affirmed by an evenly divided court.

FAY, C.J., did not participate.